FILED
2009 JAN 13 PM 2: 17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

04cv1943-NLS

| | |
|---|---|
| In re WIRELESS FACILITIES, INC. SECURITIES LITIGATION | Civil No. 04cv1589 NLS |
| This Document Relates to:<br><br>ALL ACTIONS. | FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     This Judgment incorporates by reference the definitions in the June 13, 2008 Stipulation of Settlement ("the Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2.     The Settlement Class is defined as all Persons who purchased or otherwise acquired Wireless Securities during the period from and including May 5, 2003 to August 4, 2004, and who were damaged thereby. Excluded from the Settlement Class are Defendants, any entity in which the Defendants have a controlling interest or that is a parent or subsidiary of or is controlled by the Defendants, Defendants' officers and directors, including any person who was an officer or director during the Settlement Class Period, Defendants' affiliates, legal representatives, heirs, predecessors, successors and/or assigns, and immediate family. Also excluded from the Settlement Class are those Persons who timely and validly requested exclusion from the Settlement Class, who are identified in Exhibit 1, attached hereto.

3. The Settling Parties are hereby directed to perform the Settlement terms embodied in the Stipulation, the terms of which Stipulation and Settlement are incorporated herein as set forth in the Court's December 19, 2008 order Granting Final Approval of Class Action Settlement and Plan of Allocation.

4. Except as to any individual claim of those Persons (identified in Exhibit 1 hereto) which have validly and timely requested exclusion from the Settlement Class, the Action and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice as to Lead Plaintiffs and the other Members of the Settlement Class, and as against the Released Parties. The Settling Parties are to bear their own costs, except as otherwise provided in the Stipulation.

5. Without affecting the finality of this Final Judgment and Order of Dismissal with Prejudice in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) disposition of attorneys' fees and expenses in the Action; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

6. The Court awards Plaintiffs' Lead Counsel attorneys' fees of 25% of the Full Settlement Amount ($3,000,000) and expenses in an aggregate amount of $385,518.87 together with the interest earned thereon for the same time period and at the same rate as that earned on the Full Settlement Amount until paid. Said fees shall be allocated by Plaintiffs' Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Action.

7. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Plaintiffs' Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular 7.2 thereof, which terms, conditions, and obligations are incorporated herein.

///
///
///
///

8. Lead Plaintiff Mitchell Gelnick is awarded $2,000.00 in reimbursement related to his representation of the Settlement Class.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: 1-13-09

NITA L. STORMES
United States Magistrate Judge